(Rev. 2/13/01) CCM 0124 B

## ANSWER

__Bank One, NA__, certify under penalty of perjury that with regard to the
Citation Respondent
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets
and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held: __Robert C. Tolleson__

A)   Savings Account (Amount withheld) $ _____
(B)  Checking and/or Now Account (Amount withheld) $ __0 - account closed__
C)   Certificate of Deposit (Amount held) $ _____
D)   Money Market Account (Amount held) $ _____
E)   Trust Account (Amount held) $ _____   __02 CV 5968__
F)   Safety Deposit Box $ _____
G)   Account(s) No. _____   **DOCKETED**
H)   Adverse Claimant: Name _____ Address _____   **MAY 2 2 2003**
I)   Wages, Salary or Commissions _____
J)   Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

**FILED MAY 19 2003**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Sub Total _____

Less right of offset for other loans
Less deduction for fees limited by
205 ILCS 5/48.1

_____

Total __0__

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

__Tabitha Ross  4-30-03__
Agent for Citation Respondent

_____ on oath state.

I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows:
on _____, _____ by leaving a copy with the third party defendant on
_____, _____ at the hour of _____ a.m./p.m. at _____
_____ County, Illinois.
On the third party defendant _____ by mailing a copy on
_____, _____ by certified mail addressed to agent of the third party defendant, return receipt requested.

(attached green card receipt
of service here)

**Signed and sworn by party making service

14

**FILED**

MAY 1 9 2003

(Rev. 2/13/01) CCM 0124 A

JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

Adriana Anguiano

APR 3 0 2003

American United Life Insurance Company
    Plaintiff
         v.                                                 No. 02 C 5968

Robert C. Tollefson
    Defendant
    Citation Third Party Respondent

### CITATION TO DISCOVER ASSETS TO THIRD PARTY

To: Bank One, Chicago, Illinois 60670

YOU ARE REQUIRED to appear and file your answer to this Citation on the form appearing on the reverse side hereof on _____, _____ prior to 9:30 a.m. in Courtroom _____ of the Your production of all requested records by May 16, 2003 will suffice at this time. (See attached for address)
(court and address)

Judgment was entered February 14, 2003 for Plaintiff
                       (date)

and against: Defendant                                    in the sum of $ 150,000.00

There is now due less credits and set off the sum of $ $150,000.00

Your answer will inform the Court as to property you may hold belonging to: Robert C. Tollefson
                                                                            (Judgment debtor)

YOU ARE REQUIRED to do the following upon receiving this Citation until further Order of Court in accordance with Supreme Court Rule 277 (f), or until this Citation is dismissed by the Court or by Stipulation:

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he/she may be entitled or which may be acquired by or become due to him/her, until further order of court or termination of the proceeding. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING:   Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment

WARNING:   YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY OR NON-ATTORNEY

Note.  This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1. Judgment in the amount $ 150,000.00
2. Name of the court United States District Court, Northern Dist. of IL, Eastern Division
3. Case # 02 C 5968

I, the undersigned certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the following information is true.

Atty. No.: 6270472
Atty. Name: Aaron W. Rapier
Address: 1770 N. Park Street, Suite 200
City/Zip: Naperville 60563
Telephone: (630) 527-1595

Signature of Attorney

BANK ONE  Fax:3127323596  
Case 1:02-cv-05968 Document 14 Filed 05/19/03 Page 3 of 4  PAGE 5/6
FILE No.379 04/30 '03 11:02  ID: FAX:

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

RECEIVED FEB 1 9 2003

American United Life Insurance     **JUDGMENT IN A CIVIL CASE**

v.     Case Number: 02 C 5968

Robert Tollefson

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff in the amount of $150,000.

Michael W. Dobbins, Clerk of Court

Date: 2/14/2003

Olga Rouse, Deputy Clerk

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Citation to Discover Assets to Third Party was sent to the following counsel of record via first class mail on April 30, 2003:

David A. Newby
McCarthy Duffy Neidhhart & Knakard
180 N. LaSalle Street, Suite 1400
Chicago, Illinois 60601

Bank One
1 Bank One Plaza
Chicago, IL 60670

By: _____
One of its attorneys

Aaron W. Rapier
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595